UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC P. SOPTICH,<br><br>    Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION,<br><br>    Defendant. | CASE NO. 2:19-cv-00744 RAJ-BAT<br><br>**ORDER GRANTING STIPULATED EXTENSION AND STRIKING NOTING DATE OF MOTION TO DISMISS (DKT. 8)** |

Plaintiff Eric P. Soptich filed his First Amended Complaint on June 11, 2019. Dkt. 11. The parties, through their respective counsel, stipulate and agree to an extension of Stryker Corporation's deadline to answer the First Amended Complaint until July 5, 2019. Dkt. 14.

Accordingly, it is **ORDERED**:

1) Stryker Corporation shall answer Plaintiff's First Amended Complaint (Dkt. 11) or otherwise move the Court for relief by **July 5, 2019**.

2) As the First Amended Complaint (Dkt. 11) is now the operative complaint (*see* Dkt. 17 Reply filed by Defendant Stryker), the Clerk is directed to **strike** the noting date on Defendant Stryker's motion to dismiss Plaintiff's original complaint. Dkt. 8.

DATED this 21st day of June, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

- 1